**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SCOTT MORGAN, <br><br> Plaintiff, <br><br> v. <br><br> THE COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:11-cv-06227-ODW (AGR) <br><br> **JUDGMENT** |

After consideration of the parties' papers and evidence submitted concerning Defendants' motion for summary judgment, IT IS HEREBY ORDERED that:

1. Plaintiff takes nothing;
2. This action be dismissed with prejudice;
3. Parties shall bear their own costs.

March 27, 2012

_____
**HON. OTIS D. WRIGHT II**
**UNITED STATES DISTRICT JUDGE**