JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAVIS MORGAN, successor-in-interest and heir of ADRIAN SCOTT MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA, in his individual and official capacity, DEPUTY ERIC TUNFORSS, in his individual and official capacity, DR. PARVANEH P. ZOLNOUNI, M.D., DR. PATRICK C. PAIK, M.D., DR. KAMRON K. HAKHAMIMI, M.D., DR. POLICARPIO F. ENRIQUEZ, M.D., HYO N. LEE, R.N., SUZANNE M. MCDONALD, R.N.P., DR. CHU-HSIAN CHI, M.D., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV11-06227- ODW (AGRx)<br>*[District Judge Otis D. Wright II; Magistrate Alicia G. Rosenberg]*<br><br>**ORDER UPON STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA, DEPUTY ERIC TUNFORSS, DR. CHU-HSIANG CHI; DR. POLICARPIO F. ENRIQUEZ; DR. KAMRON K. HAKHAMIMI; HYO N. LEE, R.N.; SUZANNE M. MCDONALD, R.N.P.; DR. PATRICK C. PAIK; and DR. PARVANEH P. ZOLNOUNI**<br><br>**[Stipulation Filed Concurrently Herewith]**<br><br>Trial Date: 4/14/15<br>2nd Amend. Compl.: 4/28/14 |

The Court having considered the Stipulation by the Parties, through their respective counsel of record, orders the following:

1

1  IT IS HEREBY ORDERED that defendants COUNTY OF LOS ANGELES,
2 LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEROY
3 BACA, DEPUTY ERIC TUNFORSS, DR. CHU-HSIANG CHI, DR.
4 POLICARPIO F. ENRIQUEZ, DR. KAMRON K. HAKHAMIMI, HYO N. LEE,
5 R.N., SUZANNE M. MCDONALD, R.N.P., DR. PATRICK C. PAIK, and DR.
6 PARVANEH P. ZOLNOUNI be dismissed, with prejudice.

7  IT IS FURTHER ORDERED, by and between plaintiff and defendants
8 COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S
9 DEPARTMENT, SHERIFF LEROY BACA, DEPUTY ERIC TUNFORSS,
10 DR. CHU-HSIANG CHI, DR. POLICARPIO F. ENRIQUEZ, DR. KAMRON K.
11 HAKHAMIMI, HYO N. LEE, R.N., SUZANNE M. MCDONALD, R.N.P.,
12 DR. PATRICK C. PAIK, and DR. PARVANEH P. ZOLNOUNI, that this dismissal
13 with prejudice shall constitute a general release by plaintiffs and these defendants of
14 all claims and a waiver by plaintiffs and these defendants of all costs, court fees, and
15 attorneys' fees arising out of this litigation between these parties herein.

17 **IT IS SO ORDERED.**

19 Dated: _May 19, 2016       _____
20                             Hon. Otis D. Wright II